# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TOMMY J. MCGOOGAN**                                                                 **PLAINTIFF**
**ADC #147267**

V.                              NO. 3:21-cv-00221-JM-ERE

**ALLEN COCKRAN,** *et al.*                                                            **DEFENDANTS**

## ORDER

Plaintiff Tommy J. McGoogan, an Arkansas Division of Correction inmate, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. *Doc. 2.* In his complaint and amended complaint, Mr. McGoogan alleges that Defendant Swain, the jail administrator, was deliberately indifferent to his medical needs when she refused to ensure he received medical treatment for his high blood pressure while being held at the Independence County Jail. *Docs. 2, 5*. For screening purposes, Mr. McGoogan has stated a deliberate-indifference claim against Defendant Swain.[1] Accordingly, service of that claim is now proper.

IT IS THEREFORE ORDERED THAT:

1.     The Clerk of Court is directed to prepare a summons for Defendant Swain.

2.     The United States Marshal is directed to serve Defendant Swain with a summons and a copy of the complaint (*Doc. 2*) and amended complaint (*Doc. 5*),

---

[1] All other claims and Defendants will be discussed in a separate Recommendation.

without requiring prepayment of fees and costs or security. Service for the Defendant Swain should be attempted through the Independence County Jail, 569 West Main Street, Batesville, Arkansas 72501.

DATED this 15th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE