IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TOMMY J. MCGOOGAN                                                                           PLAINTIFF
ADC #147267

V.                                          NO. 3:21-cv-00221-JM-ERE

ALLEN COCKRAN, *et al.*                                                                  DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition, filed by Magistrate Judge Edie R. Ervin. Mr. McGoogan has not filed objections, and the time to do so has expired. After careful review of the record, the Court approves and adopts the recommendation in all respects.

Accordingly, Mr. McGoogan's excessive-force claims that arose before he was arrested and the deliberate-indifference claims that arose while he was being held at the Independence County Jail on assault and attempted murder charges are DISMISSED, without prejudice. Mr. McGoogan's claims against Defendants Allen Cockran, Scarbrough, Mullens, Moody, Shawn Stephens, Rick Davis, Branscomb, and John Doe are DISMISSED, without prejudice; and Defendants Cockran, Scarbrough, Mullens, Moody, Stephens, Davis, Branscomb, and Doe are terminated as parties in this lawsuit.

IT IS SO ORDERED, this 8th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE