**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TOMMY J. McGOOGAN**                                                    **PLAINTIFF**
**ADC #147267**

**V.**                                **NO. 3:21-cv-00221-JM-ERE**

**ALLEN COCKRAN, *et al.***                                          **DEFENDANTS**

<u>**ORDER**</u>

Service has been returned unexecuted for Defendant Officer Swain with a notation "addressee unknown."[1] *Doc. 12.* It is unclear, however, whether Defendant Swain is a former employee of the Independence County Jail ("Jail").

Accordingly, within 30 days, the current Jail Administrator shall provide either: (1) the last-known address of Defendant Swain, under seal; or (2) a verification that Officer Swain never worked at the Jail.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk shall mail a copy of this Order to the Administrator of the Independence County Jail at 569 West Main Street, Batesville, Arkansas 72501.

---

[1] On January 27, 2022, the United States Marshal Service was directed to serve Defendant Swain by certified mail, restricted delivery, at the Independence County Jail. The Court set aside prior executed service on Defendant Swain because it was not restricted delivery and, therefore, invalid. *Doc. 11.*

2.      The Jail Administrator shall, within 30 days, provide the last-known address, under seal, of Defendant Swain or an explanation that that an Officer Swain never worked at the Jail.

IT IS SO ORDERED this 1st day of March, 2022.


_____
UNITED STATES MAGISTRATE JUDGE