# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TOMMY J. McGOOGAN**                                                                          **PLAINTIFF**
**ADC #147267**

V.                              NO. 3:21-cv-00221-JM-ERE

**ALLEN COCKRAN,** *et al.*                                                                    **DEFENDANTS**

## ORDER

Mail sent to Plaintiff Tommy J. McGoogan from the Court has been returned as undeliverable. *Doc. 14.* Mr. McGoogan has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order (*Doc. 3*).

If Mr. McGoogan wants to pursue the claims he raises in this lawsuit, he must notify the Court of his current address within thirty (30) days. Failure to comply with this Order may result in the dismissal of this lawsuit.

IT IS SO ORDERED this 8th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE