## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TOMMY J. McGOOGAN**                                                                 **PLAINTIFF**
**ADC #147267**

**V.**                              **NO. 3:21-cv-00221-JM-ERE**

**ALLEN COCKRAN,** *et al.*                                                          **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.     Procedure for Filing Objections**

This Recommendation for the dismissal has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Moody may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.    Discussion**

On October 21, 2021, Plaintiff Tommy J. McGoogan, an Arkansas Division of Correction inmate, filed this civil rights lawsuit without the help of a lawyer. *Doc. 2*. The Local Rules for the Eastern District of Arkansas require *pro se* plaintiffs to

promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2). Shortly after this lawsuit was filed, the Court advised Mr. McGoogan of his obligations under Local Rule 5.5(c)(2). *Doc. 3*.

On March 7, 2022, mail sent to Mr. McGoogan from the Court was returned as undeliverable. *Doc. 14*.

On March 8, 2022, the Court ordered Mr. McGoogan to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 15*. To date, he has not responded to the Court's March 8 Order. Thus, the Court has no way to communicate with Mr. McGoogan regarding his lawsuit.

### III. Conclusion

The Court recommends that Mr. McGoogan's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2); (2) respond to the Court's March 8, 2022 Order; and (3) prosecute this lawsuit.

DATED this 20th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE