IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TOMMY J. McGOOGAN                                                                                      PLAINTIFF
ADC #147267

V.                                          NO. 3:21-cv-00221-JM-ERE

ALLEN COCKRAN, Chief of Police,
Independence City/County Jail, *et al*.                                                         DEFENDANTS

## ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. McGoogan's claims are DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2); (2) respond to the Court's March 8, 2022 Order; and (3) prosecute this lawsuit.

Dated this 3rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE