**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

TOMMY J. McGOOGAN                                                    PLAINTIFF
ADC #147267

V.                                  NO. 3:21-cv-00221-JM-ERE

ALLEN COCKRAN, Chief of Police,
 Independence City/County Jail, *et al*.                            DEFENDANTS

<u>**JUDGMENT**</u>

Consistent with the Order entered on this day, this case is dismissed without prejudice. All

relief sought is denied, and the case is closed.

Dated this 3rd day of May, 2022.


_____
UNITED STATES DISTRICT JUDGE